UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LEONARD JOHNSON, JR. (# 189695)

VERSUS

STEVE RADER, ET AL.

CIVIL ACTION

NO. 09-784-JJB-DLD

### RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated April 19, 2010 (doc. no. 29) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendants' motion for summary judgment is GRANTED and this action is DISMISSED without prejudice for failure to exhaust available administrative remedies pursuant to 42 U.S.C. § 1997e(a), and with prejudice to refiling the claims in forma pauperis status. Further, the claims against Thomas Blue are DISMISSED pursuant to Rule 4(m), Fed.R.Civ.P.

Baton Rouge, Louisiana, this 26th day of May, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE